J. Freeman Dixon et al., Appellants and Respondents, *v.* New York Trap Rock Corporation, Respondent and Appellant.

Submitted January 2, 1945; decided January 11, 1945.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 509.]